# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KENNETH BLOCK; MODERATE PARTY OF
RHODE ISLAND; and MODERATE PARTY
OF RI PAC,
Plaintiffs

vs.                                                              C.A. No. 09-47T

A. RALPH MOLLIS, Secretary of the
State of Rhode Island, in his official
capacity; ROBERT KANDO, Executive
Director of the Rhode Island
Board of Elections, in his official
capacity; and PATRICK LYNCH, Attorney
General of the State of Rhode Island,
in his official capacity,
Defendants

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

> Pursuant to the Decision and Order issued by this Court on May 29th, 2009 judgment hereby enters (1) declaring that the January 1 start date for petition signature collection in R.I. Gen. Laws §17-1-2(9)(iii) is unconstitutional, and (2) judgment further enters permanently enjoining Defendants Mollis, Kando, and Lynch from enforcing or applying the start date set forth in R.I. Gen. Laws §17-1-2(9)(iii) as a ground for rejecting or refusing to certify signatures collected by the Plaintiffs Moderate Party for inclusion on the official Rhode Island election ballet in 2010.

Enter:

/s/ Ryan H. Jackson
_____
Deputy Clerk

Dated: May 29, 2009